UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| POUPAK BAREKAT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>PRITI, INC., a California corporation; JOSEPH HWANSIK CHUNG and JANE CHUNGEUN CHUNG, individually and as trustees of THE CHUNG FAMILY TRUST DATED FEBRUARY 26, 2016; and DOES 1-10, inclusive,<br><br>Defendants.<br>. | Case No. 8:20-cv-02076-DOC-DFM<br><br>**ORDER DISMISSAL WITH PREJUDICE  [22]** |

1

ORDER  DISMISSAL WITH PREJUDICE

After consideration of the Joint Stipulation for Dismissal of the entire action with Prejudice filed by Plaintiff Poupak Barekat ("Plaintiff") and Priti, Inc., Joseph Hwansik Chung, and Jane Chungeun Chung ("Defendants"), the Court hereby enters a dismissal with prejudice of Plaintiff's Complaint in the above-entitled action, in its entirety.  Each party shall bear his or its own costs and attorneys' fees.

IT IS SO ORDERED.

DATED:  January 13, 2021

*/s/ David O. Carter*
_____
UNITED STATES DISTRICT JUDGE